ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:     (702) 634-5000
Facsimile:     (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  natalie.winslow@akerman.com
Email:  nicholas.belay@akerman.com

*Attorneys for NewRez LLC f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE STATE OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>NEWREZ LLC f/k/a NEW PENN FINANCIAL, LLC d/b/a SHELLPOINT MORTGAGE SERVICING; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>                              Defendants. | Case No.:  2:22-cv-00567-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Defendant NewRez LLC f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing and Plaintiff SFR Investments Pool 1, LLC, by and through their respective counsel of record, stipulate and agree that Shellpoint shall have up to and including **Friday, April 29, 2022**, to file their responsive pleading in this matter.  The parties enter into this stipulation to accommodate for time and scheduling constraints on Shellpoint's counsel.

…

…

…

…

This is the parties' second request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

| DATED: April 27, 2022. | DATED: April 27, 2022. |
|---|---|
| **AKERMAN LLP** | **HANKS LAW GROUP** |
| */s/ Nicholas E. Belay* | */s/ Chantel M. Schimming* |
| ARIEL E. STERN, ESQ. | KAREN L. HANKS, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 9578 |
| NATALIE L. WINSLOW, ESQ. | CHANTEL M. SCHIMMING, ESQ. |
| Nevada Bar No. 12125 | Nevada Bar No. 8886 |
| NICHOLAS E. BELAY, ESQ. | 7625 Dean Martin Drive, Suite 110 |
| Nevada Bar No. 15175 | Las Vegas, Nevada 89139 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, Nevada 89134 | *Attorney for SFR Investments Pool 1, LLC* |
| | |
| *Attorneys for NewRez LLC f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing* | |

**ORDER**

**IT IS SO ORDERED.**

**UNITED STATES MAGISTRATE JUDGE**
Case No.:  2:22-cv-00567-JAD-EJY

April 27, 2022
**DATED**