ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for NewRez LLC f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>NEWREZ LLC f/k/a NEW PENN FINANCIAL, LLC d/b/a SHELLPOINT MORTGAGE SERVICING; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>                    Defendants. | Case No.: 2:22-cv-00567-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO SFR INVESTMENTS POOL 1, LLC'S MOTION TO DISMISS COUNTERCLAIMS [ECF NO. 17]**<br><br>**(SECOND REQUEST)** |
| NEWREZ LLC f/k/a NEW PENN FINANCIAL, LLC d/b/a SHELLPOINT MORTGAGE SERVICING,<br><br>                    Counterclaimant,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>                    Counterdefendants. | |

**AKERMAN LLP, 1635 VILLAGE CENTER CIRCLE, SUITE 200, LAS VEGAS, NV  89134**

64370026;1

Defendant NewRez LLC f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing and Plaintiff SFR Investments Pool 1, LLC, by and through their respective counsel of record, stipulate and agree that Shellpoint shall have an additional fourteen (14) days, up to and including **Tuesday, July 26, 2022**, to file its response to SFR's motion to dismiss counterclaims. The current deadline is set for Tuesday, July 12, 2022 [ECF No. 19].

The parties enter into this stipulation to address the recent illness of Shellpoint's counsel, which has affected Shellpoint's ability to finalize its responsive brief within the current deadline. In addition, and relatedly, the parties enter into this stipulation to address current time and scheduling constraints that have continued to impact counsel.

This is the parties' second stipulation to extend the time for Shellpoint to respond to SFR's dismissal motion. The extension is requested in good faith and is not for purposes of delay or prejudice to any party.

| DATED: July 12, 2022. | DATED: July 12, 2022. |
|---|---|
| **AKERMAN LLP** | **HANKS LAW GROUP** |
| */s/ Nicholas E. Belay* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> NICHOLAS E. BELAY, ESQ. <br> Nevada Bar No. 15175 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for NewRez LLC f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing* | */s/ Chantel M. Schimming* <br> KAREN L. HANKS, ESQ. <br> Nevada Bar No. 9578 <br> CHANTEL M. SCHIMMING, ESQ. <br> Nevada Bar No. 8886 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139 <br><br> *Attorney for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
Case No.: 2:22-cv-00567-JAD-EJY

July 12, 2022
**DATED**

64370026;1