Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
Chantel M. Schimming, Esq.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
Hanks Law Group
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NEWREZ LLC f/k/a NEW PENN FINANCIAL, LLC d/b/a SHELLPOINT MORTGAGE SERVICING; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00567-JAD-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 44 |

SFR Investments Pool 1, LLC, by and through its counsel, Hanks Law Group and Newrez LLC f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing, by and through its

…

…

…

…

- 1 -

counsel, Akerman LLP, hereby stipulate and agree that any and all claims by and between the parties are hereby dismissed, with prejudice, with each side to bear its own fees and costs.

| DATED this 20th day of February, 2024.<br><br>**HANKS LAW GROUP**<br><br>*/s/Chantel M. Schimming*<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* | DATED this 20th day of February, 2024.<br><br>**AKERMAN LLP**<br><br>*/s/ Nicholas E. Belay*<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar No. 15175<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Newrez LLC f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing* |
|---|---|

### ORDER

Based on the parties' stipulation **[ECF No. 44]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
UNITED STATES DISTRICT JUDGE

DATED: 2-27-24